```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                            CASE NO. 07 B 09501
    CESAR CONDE JR
                                                  CHAPTER 13

                                                  JUDGE: BRUCE W BLACK

         Debtor
    SSN XXX-XX-7255


--------------------------------------------------------------------------------
                         TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 05/24/07 .

    2.  The case was dismissed without confirmation, 09/21/2007.

--------------------------------------------------------------------------------
CREDITOR NAME                 CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                                 PAID           PAID
--------------------------------------------------------------------------------
GMAC MORTGAGE CORP            CURRENT MORTG          .00           .00             .00
GMAC MORTGAGE CORP            MORTGAGE ARRE   NOT FILED            .00             .00
LAKEWOOD SPRINGS HOMEOWN      SECURED         NOT FILED            .00             .00
T MOBILE                      UNSECURED       NOT FILED            .00             .00
FIA CARD SERVICES             UNSECURED       NOT FILED            .00             .00
FIA CARD SERVICES             UNSECURED       NOT FILED            .00             .00
CHASE MANHATTAN BANK USA      UNSECURED       NOT FILED            .00             .00
COMED                         UNSECURED       NOT FILED            .00             .00
CORPORATE AMERICA FEDERA      UNSECURED       NOT FILED            .00             .00
FIRST PREMIER BANK            UNSECURED       NOT FILED            .00             .00
GEMB                          UNSECURED       NOT FILED            .00             .00
GEMB                          UNSECURED       NOT FILED            .00             .00
HSBC                          UNSECURED       NOT FILED            .00             .00
HSBC                          UNSECURED       NOT FILED            .00             .00
KOHLS                         UNSECURED       NOT FILED            .00             .00
MILLENIUM CREDIT CONSULT      UNSECURED       NOT FILED            .00             .00
NICOR GAS                     UNSECURED       NOT FILED            .00             .00
ELMHURST EMERGENCY MEDIC      UNSECURED       NOT FILED            .00             .00
PLAINS COMMERCE BANK          UNSECURED       NOT FILED            .00             .00
SALLIE MAE LSCF               UNSECURED       NOT FILED            .00             .00
--------------------------------------------------------------------------------
CREDITOR NAME                 CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                                 PAID           PAID

SALLIE MAE LSCF               UNSECURED       NOT FILED            .00             .00
SALLIE MAE LSCF               UNSECURED       NOT FILED            .00             .00
SALLIE MAE LSCF               UNSECURED       NOT FILED            .00             .00
SALLIE MAE LSCF               UNSECURED       NOT FILED            .00             .00
SBC AMERITECH                 UNSECURED       NOT FILED            .00             .00
US DEPT OF EDUCATION          UNSECURED       NOT FILED            .00             .00
         Summary of disbursements:
--------------------------------------------------------------------------------
                     SECURED     PRIORITY    UNSECURED       OTHER         TOTAL
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED       .00          .00          .00          .00           .00
```

```
PRINCIPAL PAID                    .00          .00          .00          .00          .00
INTEREST PAID                     .00          .00          .00          .00          .00
TOTAL PAID                        .00          .00          .00          .00          .00
```
The Debtor's attorney, ROBERT V SCHALLER             , was allowed $        .00
and was paid $       .00 .

The Trustee received $        .00 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 12/19/07                     /S/
                                        GLENN STEARNS
                                      CHAPTER 13 TRUSTEE